**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
| | |
|---|---|
| **MATTHEW ADAMS** | ) |
| | ) |
|        Plaintiff, | ) |
| | )   **Civ. No.** <u>1:15-cv-00371-ESH</u> |
| v. | ) |
| | ) |
| **POSITIVE SPACE, LLC, et al.** | ) |
| | ) |
|        Defendants. | ) |
_____)

<u>JOINT REQUEST TO STAY PROCEEDINGS</u>

<u>PENDING EXECUTION OF SETTLEMENT AGREEMENT</u>

      Come now Plaintiff and Defendants through undersigned counsel and respectfully request that this Honorable Court stay proceedings in this matter so that the parties can complete a full settlement of this case. The parties report that they have reached a settlement resolving this matter and wish a stay of proceedings so that a formal settlement agreement can be executed. The parties request a stay to May 15, 2015, and anticipate that the settlement agreement will be fully executed by that time and will then request that this case be dismissed.

                                         Respectfully submitted,

                                         _____/s/_____

                                         Daniel A. Katz, Bar No. 447412
                                         The Law Offices of Gary M. Gilbert & Associates
                                         1100 Wayne Avenue, Suite 900
                                         Silver Spring, MD 20910
                                         Phone:     (301) 608-0880
                                         Facsimile:  (301) 608 0881
                                         dkatz@ggilbertlaw.com
                                         Counsel for Plaintiff

                    O'REILLY & MARK, P.C.

                    _____/s/_____
                    Bart Colombo
                    O'Reilly & Mark, P.C.
                    21 Main Street
                    P.O. Box 305
                    Round Hill, VA  20142
                    Tel (703)442-4166
                    Fax (703)443-0432
                    Counsel for Defendants